FILED
02 AUG 27 PH 3:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>WESTERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. CV 02‑1365 W |
| | ) | |
| ROCKY L. MCATEER and | ) | |
| | ) | |
| AMANDA L. MCTEER | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
AUG 27 2002

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendants pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendants on July 11, 2002; Defendants have failed to appear, plead, or otherwise defend.

2. Defendants are not an infants or incompetent persons, nor have Defendants been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.



3. Defendants are indebted to Plaintiff in the principal sum of $6.500.00, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $257.85 through August 14, 2002, at the rate of 3.5 percent per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, administrative charges of $0.00, and costs of Marshal Service $0.00.

4. Plaintiff is due to recover from Defendant the total sum of $6,907.85, plus interest from August 14, 2002, until date of judgment at the rate of 3.5 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this the 26th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE